UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                               :

TAG ASSOCIATES LLC,  :

                Plaintiff,  :

                        :      20 Civ. 8096 (LGS)

      -against-  :

                        :      <u>ORDER</u>

TAG MANAGEMENT, INC.,  :

                Defendant.  :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pre-trial conference in this matter is scheduled for December 3, 2020, at 10:40 A.M.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the initial pre-trial conference is waived.  The case management plan and scheduling order will issue in a separate order.  If the parties believe that a conference would nevertheless be useful they should inform the court immediately so the conference can be reinstated.

Dated:  November 30, 2020
          New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**