# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jacqueline M. Lesser
direct dial: 215.564.2155
jlesser@bakerlaw.com

January 15, 2021

**VIA ECF**                                          **MEMORANDUM ENDORSEMENT**

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*Re:*    *TAG Associates LLC v. TAG Management, Inc. (20-cv-8096)*

Dear Judge Gorenstein:

We represent Plaintiff TAG Associates LLC in the above-referenced action.  We write pursuant to Paragraph 8 of Your Honor's Standing Order Applicable to Telephonic Settlement Conferences (the "Standing Order"), to request an adjournment of the February 1, 2021 settlement conference to March 15, 2021.  We have conferred with opposing counsel who agrees both to this adjournment and the new date proposed.

This request is made more than 14 days prior to the originally scheduled conference, and therefore no cause is required for this request.  Pursuant to Paragraph 8 of the Standing Order, we have already consulted with Chambers on the proposed date of March 15, 2021.

Please let us know if Your Honor requires anything further as you consider this request.

Respectfully submitted,             **Adjournment to March 15, 2021 at 2:30 p.m. granted.  Submissions due March 9, 2021.**

*Jacqueline Lesser*

                                                    **So Ordered.**

Jacqueline M. Lesser

                                                    *[signature]*
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge
                                                    **January 15, 2021**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC